[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-14015
Non-Argument Calendar

_____

D. C. Docket No. 09-00053-CR-ORL-22KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS LEAL-CAMPOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 21, 2009)

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Jose Luis Leal-Campos in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Leal-Campos's conviction and sentence are **AFFIRMED**.